# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO, | Case No. 1:13-cv-01311-LJO-SKO PC |
| Plaintiff, | ORDER DISMISSING DUPLICATIVE CASE |
| v. | (Doc. 1) |
| SIX UNKNOWN NAMES AGENTS, et al., | |
| Defendants. | |

This action was filed on August 19, 2013, and in as much as it is duplicative of at least one other action (case number 1:13-cv-01288-AWI-SKO PC), it is HEREBY ORDERED DISMISSED as duplicative.

IT IS SO ORDERED.

Dated:   **August 21, 2013**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE